PS 8
(3/15)

Case 2:22-cr-00024-WFN    ECF No. 41    filed 04/11/22    PageID.69    Page 1 of 2

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 11, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

U.S.A. vs.    Baker, Joseph William    Docket No.    0980 2:22CR00024-WFN-1

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Joseph William Baker, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke sitting in the court at Spokane, Washington, on the 4th day of April 2022 under the following conditions:

**Additional Condition #11:** Inpatient Treatment: Defendant shall immediately enter into and successfully complete and inpatient treatment program at the in-patient facility at Sun Ray Court. Pretrial Services will monitor Defendant while in treatment. Defendant shall comply with all directives of the U.S. Probation Officer. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation Office and the treatment provider to exchange without qualification, in any form and at any time, any and all information or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**Violation #1:** Joseph William Baker is alleged to have violated the conditions of pretrial release supervision by failing to complete inpatient substance abuse treatment at Sun Ray Court on or about April 10, 2022.

On April 11, 2022, the undersigned officer was notified by a supervisor at Sun Ray Court that Mr. Baker left the facility, against treatment advice, on April 10, 2022.

Mr. Baker's whereabouts is currently unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|   |   |   |
|---|---|---|
|   |   | I declare under the penalty of perjury that the foregoing is true and correct. |
|   |   | Executed on:    April 11, 2022 |
|   | by | s/Erik Carlson |
|   |   | Erik Carlson<br>U.S. Pretrial Services Officer |

PS-8

Re: Baker,, Joseph William
April 11, 2022
Page 2

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

4/11/2022
_____
Date